ARMED SERVICES BOARD OF CONTRACT APPEALS

Petition of -                                   )
                                                )
STRV JV II, LLC                                 )    ASBCA No. 64499-PET
                                                )
Under Contract No. FA4861-20-D-0009             )
    Task Order No. FA4861-21-F-0409             )

APPEARANCES FOR THE PETITIONER:        Lauren R. Brier, Esq.
                                       Daniel Figuenick, Esq.
                                        PilieroMazza, PLLC
                                        Washington, DC

APPEARANCE FOR THE GOVERNMENT:         Caryl A. Potter, III, Esq.
                                        Air Force Deputy Chief Trial Attorney

ORDER PURSUANT TO RULE 1(a)(5)
DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a January 13, 2026 claim for $1,286,609.67. The government has advised that a final decision on the claim will be issued by May 20, 2026. We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by May 20, 2026.

This Order completes all necessary action by the Board. If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or sue in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated:  May 12, 2026

_____
OWEN C. WILSON
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_David D'Alessandris (signature)_

DAVID F. D'ALESSANDRIS
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I concur

_Robyn L. Hamady (signature)_

ROBYN L. HAMADY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 64499-PET, Petition of STRV JV II, LLC, rendered in conformance with the Board's Charter.

Dated: May 12, 2026

_Paulla K. Gates-Lewis (signature)_

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2